FEDERAL DEPOSIT INSURANCE COMPANY, RECEIVER
OF NEW CONNECTICUT BANK AND TRUST COMPANY,
N.A. *v.* GEORGE LUSSIER ET AL.
(13285)

LANDAU, SCHALLER and SPEAR, Js.

Argued October 26—decision released November 15, 1994

*Dale C. Roberson,* with whom was *John Callahan,* for the appellants (defendants).

*John S. Haverstock,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.